In the Matter of ORANGE COUNTY DEPARTMENT OF SOCIAL SER-
VICES, on Behalf of MISTY F.-R., Respondent, v GERMEL Y.,
Appellant. (And Another Proceeding.)

Submitted February 11, 2013; decided March 26, 2013

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the proceedings within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GEORGE
OLIVERAS, Respondent.

Submitted March 18, 2013; decided March 26, 2013

Motion by Innocence Network for leave to file a brief amicus
curiae on the appeal herein granted and the proposed brief is
accepted as filed. Two copies of the brief must be served and
nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKAL
SMITH, Appellant.

Submitted January 7, 2013; decided March 26, 2013

Motion to strike appellant's appendix denied without preju-
dice to the serving and filing of a supplemental appendix by re-
spondent on or before May 10, 2013.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL AZIZ
ZARIF SHABAZZ, Also Known as MICHAEL HURLEY, Appel-
lant, v JEROME J. RICHARDS, Acting Judge of Franklin
County Court, et al., Respondents.

Submitted February 11, 2013; decided March 26, 2013

Motion for reargument of motion for leave to appeal denied
[see 20 NY3d 983 (2012)].

Judge RIVERA taking no part.